[No. 34229-1-I. Division One. November 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN BERNARD PICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04077-2, Norma Smith Huggins, J., entered February 7, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Cox, JJ.

[No. 34453-6-I. Division One. July 24, 1995.]

JAMES SCHROEPPEL, *Appellant*, v. UNIVERSITY OF WASHINGTON MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-27906-0, Liem E. Tuai, J., entered June 28, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Ellington, JJ.

[No. 33351-8-I. Division One. July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GONZALO JAVIER CENTENO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-08312-1, Robert S. Lasnik, J., entered September 9, 1993. *Affirmed* by unpublished opinion per Scholfield, J. Pro Tem., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 13377-0-III. Division Three. November 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE C. CABRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-00029-0, Stephen M. Brown, J., entered June 8, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.